UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRIYLN NEEDHAM,

        Plaintiff,

– against –

UNITED STATES OF AMERICA,

        Defendant.

**ORDER**

17 Civ. 5944 (ER)

Ramos, D.J.:

      The case management conference scheduled for 10:30am on January 10, 2020 is hereby canceled. The parties are directed to submit a joint status report by Friday, January 10, 2020 informing the Court of whether they wish to extend discovery, set a schedule for dispositive motions, ask the Court's assistance in facilitating settlement, or set a date for trial. If the parties have reached a settlement in principle, they may ask the Court to enter a 30-Day Order, which will discontinue the action and provide the parties with 30 days from the date of issuance to request that the action be reopened should settlement not be consummated.

It is SO ORDERED.

Dated:   January 3, 2020
           New York, New York

                                                          Edgardo Ramos, U.S.D.J.